(October 29, 1938.)

In the Matter of IRVING AARON, an Attorney.— Motion granted.  Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of SAMUEL SCHWARTZMAN (Also Known as SAMUEL J. SCHWARTZMAN), an Attorney.— Reference ordered.  Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

LOUIS W. ALPHER, Respondent, v. MARTIN L. RIZZO and Others, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs.  Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

LENA ANDERSON, Respondent, v. BROOKLYN & QUEENS TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal.  Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

EDWIN J. ANHALT, Respondent, v. JOSEPH ENGLANDER, Appellant.— Motion for reargument denied, with ten dollars costs.  Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

JOHN BLY, Respondent, v. CASCADE LAUNDRY Co., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs.  Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

VITO CAMPO, Respondent, v. HENRY VON MALLEN and Another, Defendants; "JOHN" GELWARG and "GEORGE" NICHOLS, Individually and/or as Partners Doing Business under the Trade Name and Style of GELWARG & NICHOLS, etc., Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs.  Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

WILLIAM P. CASSIDY, Respondent, v. HUDSON TRANSIT CORPORATION, Appellant. — Motion for reargument denied, without costs.  Motion for leave to appeal to the Court of Appeals granted.  [See 254 App. Div. 876.]  Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

BESSIE CHAIMOWITZ, Respondent, v. CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division granted.  Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.